IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| R.B., et al., | : | CIVIL ACTION |
| | : | NO. 19-4035 |
| Plaintiffs | : | |
| v. | : | |
| | : | |
| Downingtown Area | : | |
| School District, | : | |
| | : | |
| Defendant | : | |

## ORDER

**AND NOW**, this **23rd** day of **December, 2020,** after considering Plaintiffs' Motion for Judgment on the Administrative Record (ECF No. 17), Defendant's Motion for Judgment on the Administrative Record (ECF No. 16), and both parties' responses, it is hereby **ORDERED** that both motions (ECF Nos. 16-17) are **DENIED** for the reasons explained in the accompanying memorandum. It is **FURTHER ORDERED** that the decision of the Hearing Officer (ECF No. 1-1) is **AFFIRMED.**

**AND IT IS SO ORDERED.**

*/s/ Eduardo C. Robreno*
**EDUARDO C. ROBRENO, J.**